IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| VINCENT E. JUNE, JR. | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
| v. | * | Case No.: 1:14-cv-02450-GLR |
| | * | |
| OFFICER E. THOMASSON, #1855 | * | |
| | * | |
|     Defendant. | * | |
| | * | |

**************************************************************************

## PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER

Plaintiff, by and through his undersigned counsel, hereby files this response to this Honorable Court's Show Cause Order filed on December 2, 2014, and states as follows:

1. Plaintiff filed his Complaint with this Honorable Court on or about July 31, 2014. As a result, the Clerk for this Honorable Court issued summons for service upon Defendant Thomasson on July 31, 2014. Pursuant to Federal Rule 4(m), Plaintiff had until November 28, 2014 to serve the Defendant.

2. After receipt of the summons, Plaintiff's counsel, with the assistance of Monumental Process Servers, attempted service upon the Defendant on multiple occasions without success. Plaintiff was eventually able to effectuate service upon the Defendant on November 21, 2014 by way of Plaintiff's process server. *See* Exhibit A.

3. While Plaintiff's counsel was informed that Defendant Thomasson was served on November 21, 2014, counsel was unable to immediately obtain the requisite affidavit of the process server to file with this Honorable Court. The Defendant was served on the Friday preceding the Thanksgiving Holiday. During the three (3) business days prior to the Thanksgiving Holiday (Monday, Tuesday, and Wednesday), Plaintiff's counsel was

again unable to obtain the required affidavit from the process server.  This Honorable Court, as well as Plaintiffs counsel's offices, was closed on Thanksgiving Day and the following business day (Thursday and Friday).  As of close of business on December 1, 2014, the affidavit still was not available.  Plaintiff, therefore, was finally able to secure the affidavit on December 2, 2014.

4. Plaintiff was able to serve the Defendant within the time frame prescribed by Federal Rule of Civil Procedure 4(m).  However, due to the holiday and office closings, Plaintiff was delayed in receiving the affidavit of service.

5. Plaintiff is contemporaneously filing with this response his Affidavit of Service of Defendant and fully intends to prosecute this matter.  Therefore, Plaintiff respectfully asserts that he has shown the requisite good cause required by this Honorable Court's Order, and this matter should not be dismissed.

WHEREFORE, Plaintiff respectfully requests that this Honorable enter an Order providing that Plaintiff has complied with this Court's Show Cause Order, and that this matter will not be dismissed, and this matter will proceed in due course.

Respectfully submitted:

    /s/ WPH
Wes P. Henderson
Henderson Law, LLC
2140 Priest Bridge Court, Ste. 6
Crofton, Maryland 21114
(T) 410.721.1979
(F) 443.458.0642
wph@hendersonlawllc.com

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of December, 2014, a copy of the foregoing **Plaintiff's Response to Show Cause Order** was sent via first-class mail, postage prepared, to the following:

OFFICER E. THOMASSON, #1855
Anne Arundel County Police Department
8495 Veterans Highway
Millersville, Maryland 21108

Defendant Pro Se

                                                /s/ WPH
                                         Wes P. Henderson

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| **VINCENT E. JUNE, JR.** | * |
| **Plaintiff** | * |
| v. | *    Case No.: 1:14-cv-02450-GLR |
| **OFFICER E. THOMASSON, #1855** | * |
| **Defendant.** | * |

*************************************************************************

## ORDER

UPON CONSIDERATION of Plaintiff's Response to Show Cause Order and any Response thereto, it is _____ day of _____, 2014, hereby,

ORDERED, that Plaintiff is hereby granted an additional _____ days to plead with this Court proper service upon Defendant Thomasson, or alternatively,

ORDERED that Plaintiff is hereby found to have complied with this Court's December 2, 2014 Show Cause Order, that this matter will not be dismissed, and that this matter will proceed in due course.

_____

The Honorable Gerorge Levi Russell, III

Copies to: All Parties of Record