# INVOICE

**Corbin & Hook Reporting, Inc.**
1610 West Street, Suite 209
Annapolis, MD 21401
(410) 268-6006     (410) 268-7006 Fax

- You can pay online @ www.corbinandhook.com -

*RECEIVED APR 13 2015 A. A. CO. OFFICE OF LAW*

Philip E. Culpepper, Esquire
Office of Law
2660 Riva Road
4th Floor
Annapolis, MD 21401

April 3, 2015

**Invoice#** 52854

**Balance:**     $692.05

**Re:** Vincent E. June, Jr. vs Officer Thomasson
Officer Thomasson and Vincent June
on 03/20/15   Billed 04/03/15

| Charge Description | Amount |
|---|---|
| Copy of the deposition of Eric Thomasson 168 pages | 403.20 |
| Original deposition of Vincent June 81 pages | 271.35 |
| Read & Sign | 17.50 |
| Delivery (No Charge - delivered via Repository) | |

**WE LOOK TO ATTORNEY FOR PYMT, NOT THEIR CLIENT**
*ALL COLLECTION SUITS FILED IN ANNE ARUNDEL CO.*

1.50% per month on unpaid balance

P l e a s e  R e m i t  --->  **Total Due:** $692.05
Please tear off stub and return with payment.

Fed ID 81-0568546 - PAYMENT DUE WITHIN 15 DAYS
Accepting All Credit Cards @ Corbinandhook.com

Corbin & Hook Reporting, Inc.
1610 West Street, Suite 209
Annapolis, MD 21401

Invoice# 52854

Balance$    692.05

**EXHIBIT 1**