UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

July 6, 2016

MEMORANDUM TO COUNSEL RE:     Vincent E. June, Jr. v. Officer E. Thomasson
                                                               Civil Action No. GLR-14-2450

Dear Counsel:

Today, the Court held a hearing regarding Plaintiff Vincent E. June, Jr.'s Motion to Alter or Amend Judgment (ECF No. 45).  For the reasons stated on the record in open court, the Court will reopen discovery for the limited purpose of resolving June's Motion.

Specifically, the Court will afford the parties forty-five days from the date of this memorandum to take depositions regarding any facts that would have been discoverable had Antonio Goodwin's deposition been taken during the discovery period, including, but not limited to, the circumstances surrounding the creation of Goodwin's First and Second Affidavits.[1]  During this same forty-five-day period, the parties shall submit a joint status report addressing whether the parties plan to engage in supplemental briefing regarding June's Motion.  If the parties intend to submit supplemental briefs, the joint status report shall also include a briefing schedule with Officer Thomasson submitting the first brief.

Additionally, at this time, the Court will DENY June's Motion to Alter or Amend Judgment (ECF No. 45) WITHOUT PREJUDICE.  At the conclusion of the limited discovery outlined above, June shall submit a line with the Court renewing his Motion.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                        Very truly yours,

                                                                        _____/s/_____
                                                                        George L. Russell, III
                                                                        United States District Judge

---

[1] Defendant Officer Eric Thomasson ("Officer Thomasson") shall pay for the deposition(s), but he may move the Court to impose costs on June at the conclusion of the deposition(s).